HONORABLE THOMAS S. ZILLY
HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT WARD GARRISON,

    Plaintiff,

v.

KING COUNTY DEPARTMENT OF ADULT DETENTION, et al.,

    Defendants.

Case No.:  C02-0880-TSZ-MAT

[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO FILE JOINT PRETRIAL REPORT

THIS MATTER came before the Court on Plaintiff's motion for extension of time to file a joint pretrial statement.  The Court, having reviewed the Motion and the balance of the record, hereby Orders that Plaintiff's Motion is **GRANTED**, and the deadline for the parties to submit their joint pretrial statement is extended to **August 15, 2005**.

DATED this 11th day of July, 2005.

                      s/ Mary Alice Theiler
                      UNITED STATES MAGISTRATE JUDGE

Presented by:

STOKES LAWRENCE, P.S.

By: _____
    Carl J. Marquardt (WSBA #23257)
Attorneys for Plaintiff Robert Ward Garrison

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE
JOINT PRETRIAL REPORT - C02-0880-TSZ-MAT
~9259099.doc                                             -1-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000